IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 - 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07 - CV - 02049 BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DARREN GARCIA,

    Plaintiff,

v.

6 UNKNOWN SHERIFFS, and
2 UNKNOWN INMATES,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner

(6)  ___  is not on proper form (must use the court's current form)
(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___  An original and a copy have not been received by the court. Only an original has been received.
(9)  ___  other:_____.

**Complaint, Petition or Application:**
(10) ___  is not submitted
(11) ___  is not on proper form (must use the court's current form)
(12) ___  is missing an original signature by the prisoner
(13) ___  is missing page nos. ___
(14) ___  uses et al. instead of listing all parties in caption
(15) ___  An original and a copy have not been received by the court. Only an original has been received.
(16) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___  names in caption do not match names in text
(18) ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 28th day of September, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **07-CV-02049**

Darren Garcia
Prisoner No. 1548722
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __10-1-07__

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk